# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**John Patrick Adkins,**

                    **Plaintiff,**

**-vs-**                                                          **Case No.  6:13-cv-1712-Orl-31DAB**

**Commissioner of Social Security,**

                    **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. 405(G) WITH REVERSAL AND REMAND OF THE CAUSE TO DEFENDANT**  (Doc. No. 15) |
| **FILED:** | **March 6, 2014** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

      As the Commissioner seeks to take further action on Plaintiff's application and as Plaintiff does not oppose the motion, it is **respectfully recommended** that the motion be **granted,** and the Court enter a judgment **reversing** the administrative decision and **remanding** the cause to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g).  On remand, the Commissioner will instruct the Administrative Law Judge to remove from the record all medical information pertaining to individuals other than Plaintiff, attempt to obtain Plaintiff's medical records from Mark Boylon,

D.C. and Stewart Marchman Act Behavioral Healthcare, and issue a new decision that does not reference medical records that belong to any person other than Plaintiff.

Should this recommendation be adopted, the Clerk should be directed to terminate all pending motions and matters and close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 11, 2014.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy

-2-