# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN PATRICK ADKINS,**

        **Plaintiff,**

**v.**                                       **Case No:   6:13-cv-1712-Orl-31DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment With Reversal and Remand (Doc. No. 15), filed March 6, 2014.

On March 11, 2014, the United States Magistrate Judge issued a report (Doc. No. 16) recommending that the motion be granted, the decision of the Commissioner be reversed, and the case be remanded for further proceedings.   No objections have been filed.   Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Motion to Remand (Doc. No. 15) is **GRANTED,** the decision of the Commissioner is **REVERSED,** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.      The Motion for Extension of Time to File Answer (Doc. No. 13) is **DENIED as moot**.

4.      The Clerk of Court is directed to enter judgment in accordance with this order and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 31, 2014.

_____
**GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party